UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Docket No. |
| | ) | **'08 MJ 1674** |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| | ) | Title 8, U.S.C., Section 1326 |
| **Silverio ALDUENDA-Medina,** | ) | Deported Alien Found in the |
| | ) | United States |
| | ) | |
| Defendant | ) | |
| | ) | |

The undersigned complainant, being duly sworn, states:

On or about **May 21, 2008** within the Southern District of California, defendant, **Silverio ALDUENDA-Medina,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico,** was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and (557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Antonio Cacho
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **28th** DAY OF **MAY, 2008.**

Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Silverio ALDUENDA-Medina

## PROBABLE CAUSE STATEMENT

On Wednesday, May 21, 2008, U.S. Border Patrol Agents, Smuggling Interdiction Group Agents conducted a knock and talk at a residence on Z Street in San Diego, California. All Agents were in plainclothes with their bureau issued badges clearly displayed on their tactical vests that read "Federal Agent/Police" in front and on the back of their vests. The purpose of the knock and talk was to investigate a vehicle that failed to yield and was possibly linked to alien smuggling. This residence is listed on the vehicle registration of a black Dodge Durango bearing CA 6DGE554 that previously failed to yield to Border Patrol Agents on April 25, 2008 near Jamul, California. Several agents approached the house from the front. Senior Patrol Agents A. Roozen and E. Blas were assigned perimeter duties at the rear of the premises. As they approached the rear residence, they both observed the rear entry door wide open.

As agents approached the residence from the front, Supervisory Border Patrol Agent A. Pacheco observed a single male subject, later identified as Silverio ALDUENDA-Medina, attempting to abscond through the north facing side window of the premises. ALDUENDA was ordered to stop and show his hands to the approaching agents. ALDUENDA refused to comply with the agent's orders and retreated back into the residence. As Agents Pacheco and B. Desrosiers set up to cover the side windows both Agents smelled a strong odor of raw marijuana consistent with commercial quantities.

ALDUENDA then attempted to escape through the eastern doorway leading to a nearby alley at the rear of the residence. ALDUENDA opened the eastern door and observed Agents Roozen and Blas. He immediately retreated inside the residence leaving the door open. Agent Desrosiers was located outside a window on the northern side of the residence and he also observed ALDUENDA retreat into the residence. As Agents Roozen and Blas continued to shout commands at ALDUENDA, Agent Desrosiers observed ALDUENDA facing away from him with both hands concealed. ALDUENDA began to peer around the corner of the doorway in a way Agent Desrosiers felt was consistent with tactical shooting. Agent Desrosiers began to command ALDUENDA to show his hands. At this point, ALDUENDA turned his head towards Agent Desrosiers and slowly raised his hands half heartedly to neck level. Agents Roozen and Blas were able to make observations of ALDUENDA's actions. ALDUENDA was physically detained at the threshold of the doorway and placed outside for his safety. Agents Roozen and Blas conducted a field immigration interview on ALDUENDA and questioned ALDUENDA as to his citizenship and immigration status. ALDUENDA stated that he was born in Mexico and did not have any documents to remain in the United States.

As Agents Roozen and Blas approached the eastern facing door of the residence they observed, in plain view, bundles of what appeared to be marijuana; agents could also smell the very apparent odor of marijuana emanating from the residence. Agents observed multiple trash bags strewn on the floor of the eastern most *and* bedroom and a clear cellophane wrapped bundle of a green leafy substance which appeared to be marijuana *and* was sticking out of one of the bags and in plainview. *The defendant is currently in state custody pending state drug charges.*

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record *A.R.* was confirmed by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **November 28, 2007,** through **Otay Mesa, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.